IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CCD HOLDINGS, LLC                                                                                    PLAINTIFF

v.                                           CASE NO. 4:19cv102 JM

CENERGY USA, INC.; WAL-MART
STORES, INC.; WAL-MART.COM USA, LLC;
MAGIC DIRT LLC; and MAGIC DIRT
HORTICULTURAL PRODUCTS LLC                                                      DEFENDANTS

## ORDER

Defendants have filed a motion to dismiss their counterclaims without prejudice. (Doc. No. 139), which Plaintiff does not oppose. After consideration of the motion and brief in support, the Court finds that the motion should be and hereby is GRANTED. This case is closed.

IT IS SO ORDERED this 20th day of December, 2022.

_____
James M. Moody Jr.
United States District Judge